

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2025

No. 04-24-00582-CR

**EX PARTE** Omar Sifuentes **DOMINGUEZ**

From the County Court, Kinney County, Texas
Trial Court No. 12805CR
Honorable Susan D. Reed, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, we **DISMISS** Omar Sifuentes Dominguez's appeal.

It is so **ORDERED** on January 15, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2025.

_____
Luz Estrada, Chief Deputy Clerk

